CASE CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL PEARSON,<br>Petitioner,<br>vs.<br><br>RONALD DAVIS, Warden of the California State Prison at San Quentin<br>Respondent. | Case No.: CV 17-6668 ODW<br><br>JUDGMENT |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that for the reasons set forth in the Order Denying Petition for Writ of Habeas Corpus Without Prejudice (Docket No. 32), the Petition for Writ of Habeas Corpus filed September 11, 2017 is **DENIED** and **DISMISSED** based on Petitioner's failure to exhaust state court remedies and also on abstention grounds.

**IT IS SO ORDERED.**

Date: April 4, 2018

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE